UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

Criminal No. 25-20914

v.

Hon. Matthew F. Leitman

D-1 Xu Bai,
D-2 Fengfan Zhang,
D-3 Zhiyong Zhang,

     Defendants.

_____/

## MOTION TO DISMISS INFORMATION

The United States of America moves this Court for leave to dismiss without prejudice the Information against D-1 Xu Bai, D-2 Fengfan Zhang, and D-3 Zhiyong Zhang, in the above-entitled case for the reason that the ends of justice would best be served by dismissal of this matter.

Respectfully submitted,

**Jerome F. Gorgon Jr.**
United States Attorney

*s/ Sean L. King*                       *s/With Consent of Jerome F. Gorgon Jr.*
SEAN L. KING                           United States Attorney
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9727
sean.king@usdoj.gov

Dated: February 4, 2026