UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.                                                    Criminal No. 25-cr-20914
                                                      Hon. Matthew F. Leitman

D-1 XU BAI,
D-2 FENGFAN ZHANG,
D-3 ZHIYONG ZHANG,

      Defendants.

_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Leave of the Court is granted for the reasons stated in the government's motion to dismiss the above-numbered Information against D-1 Xu Bai, D-2 Fengfan Zhang, and D-3 Zhiyong Zhang. Accordingly, **IT IS HEREBY ORDERED** that the Information against these defendants be dismissed without prejudice, and that defendants' appearance bonds or detention orders, if any, be canceled.

                s/Matthew F. Leitman
                MATTHEW F. LEITMAN
                UNITED STATES DISTRICT JUDGE

Dated:  February 5, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 5, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126